### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Eric Lyle Williams | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | § Case No. 3:20-CV-3030-K |
| | § |
| | § |
| Bobby Lumpkin, Director TDCJ-ID | § |
| *Defendant* | § |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Gulf Region Advocacy Center _____, with offices at

2307 Union Street _____
(Street Address)

Houston _____  Texas _____  77007 _____
(City)                                               (State)                     (Zip Code)

(713)869-4722 _____  (713)880-3811 _____
(Telephone No.)                                (Fax No.)

**II.**  Applicant will sign all filings with the name Danalynn Recer _____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Appointed by the District Court

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____ Texas _____, where Applicant regularly practices law.

Bar license number: 00792935          Admission date: 05/05/1995

| For Court Use Only. |
|---|
| Bar StatusVerified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Louisiana Bar (all state courts) | 04/09/1998 | inactive |
| Fifth Circuit | 09/16/1999 | active |
| SDTX | 09/12/2017 | active |
| WDTX | 01/10/2012 | inactive |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

I have had two client grievances over the years, one in Louisiana and one in Texas, both of which were dismissed as groundless.

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

_____    _____

_____    _____

_____    _____

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____

(Street Address)

_____    _____    _____
(City)                       (State)             (Zip Code)

_____    _____
(Telephone No.)              (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

[✓]     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[✓]     Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  9th  day of November , 2020 .

Danalynn Recer
Printed Name of Applicant

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.