UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

**ED KINKEADE**  214/753-2720 Chambers
U.S. District Judge  214/753-2727 Facsimile

December 14, 2020

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:   3:20-CV-3030-K; *Williams v. Director TDCJ-CID*

Dear Ms. Mitchell:

I hereby recuse myself from the above styled and numbered case. Please see that it is assigned to another judge per the usual procedure.

Sincerely,

*Ed Kinkeade*
Ed Kinkeade
United States District Judge