IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC LYLE WILLIAMS, | § |
| Petitioner, | § |
| v. | § No. 3:20-CV-3030-N |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

ORDER GRANTING RENEWED MOTION FOR TRAVEL AUTHORIZATION

The matters before the Court IS Williams' renewed motion for travel authorization to allow his Arizona co-counsel to travel to Texas to meet face to face with Williams and various others, filed May 21, 2021 (ECF no. 43).  In her renewed motion, Williams' Arizona-based co-counsel explains that she will waive any charges for travel time but does wish to be reimbursed for travel expenses.  The court will grant that request.

It is hereby ORDERED that all relief requested in Williams' renewed motion for travel authorization filed May 21, 2021 (ECF no. 44) is GRANTED.

SIGNED May 24, 2021.

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**