IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC WILLIAMS, | § | |
|    *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | CIV. ACT. NO. 3:20-CV-3030-N |
| BOBBY LUMPKIN, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions, | § | |
| Division, | § | |
|    *Respondent*. | § | |

**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL**

This is a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by Texas death row inmate Eric Williams. The undersigned attorney enters this appearance of counsel on behalf of Respondent Bobby Lumpkin and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

              Respectfully submitted,

              KEN PAXTON
              Attorney General of Texas

              BRENT WEBSTER
              First Assistant Attorney General

              JOSH RENO
              Deputy Attorney General
              For Criminal Justice

              EDWARD L. MARSHALL
              Chief, Criminal Appeals Division

*Attorney-in-Charge                    ELLEN STEWART-KLEIN
                                       Assistant Attorney General
                                       Criminal Appeals Division

                                       ALI M. NASSER
                                       Assistant Attorney General
                                       Criminal Appeals Division

                                       s/ Jay Clendenin
                                       JAY CLENDENIN
                                       Assistant Attorney General
                                       State Bar No. 24059589

                                       Post Office Box 12548, Capitol Station
                                       Austin, Texas 78711
                                       Tel: (512) 936-1400
                                       jay.clendenin@oag.texas.gov

                                       *Counsel for Respondent*

## CERTIFICATE OF SERVICE

      I do hereby certify that on January 2, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Bruce Anton
UDASHEN | ANTON
8150 N. Central Expressway, Ste. M1101
Dallas, Texas 75206
ba@udashenanton.com

Amy Pickering Knight
KNIGHT LAW FIRM PC
3949 E. Broadway Blvd.
Tucson, Arizona 85716
amy@amyknightlaw.com

Mary Margaret Penrose
TEXAS A&M SCHOOL OF LAW
1515 Commerce St.
Fort Worth, Texas 76102
megpenrose@law.tamu.edu

                                                s/ Jay Clendenin
                                                JAY CLENDENIN
                                                Assistant Attorney General